PATSY D'ANNUCCI, an Infant, by MICHELE D'ANNUCCI, His Guardian

ad Litem, Appellant, v. Samuel Goldstein and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.